```
LATIPAH SHARDE JOHNSON          JEFFERSON CAPITAL               WESTLAKE PORTFOLIO
770 HIGHPOINT DR                ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
BYRAM, MS 39272                 200 14TH AVE E                  PO BOX 76809
                                SARTELL, MN 56377               LOS ANGELES, CA 90054


THOMAS C. ROLLINS, JR.          LVNV
THE ROLLINS LAW FIRM, PLLC      120 CORPORATE BLVD
P.O. BOX 13767                  STE 100
JACKSON, MS 39236               NORFOLK, VA 23502


CREDIT COLLECTION               MARINER FINANCE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
725 CANTON ST                   8211 TOWN CENTER DR
NORWOOD, MA 02062               NOTTINGHAM, MD 21236


CREDIT CORP SOLUTIONS           NAVIENT
63 E 11400 S 408                ATTN: BANKRUPTCY
SANDY, UT 84070                 PO BOX 9635
                                WILKES BARRE, PA 18773


CREDIT ONE                      NAVY FEDERAL CU
PO BOX 98872                    ATTN: BANKRUPTCY
LAS VEGAS, NV 89193             PO BOX 3302
                                MERRIFIELD, VA 22119


FINWISE BANK                    ORTHOBANC
P.O. BOX 565848                 900 S BROADWAY
DALLAS, TX 75356                STE 100
                                DENVER, CO 80209


FSNB                            SEZZLE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 33009                    PO BOX 3320
FORT SILL, OK 73503             MINNEAPOLIS, MN 55403


FSNB N.A.                       SPEEDY CASH
511 SW A AVE                    3611 N. RIDGE RD.
LAWTON, OK 73501                WICHITA, KS 67205


HARRIS & HARRIS                 UPLIFT, INC.
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
111 W JACKSON BLVD              440 N WOLFE RD
STE 400                         SUNNYVALE, CA 94085
CHICAGO, IL 60604
```