# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Latipah Sharde Johnson**                                     Case No.  **25-00910**
Debtor(s)                                                              Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 14, 2025**                    **/s/ Latipah Sharde Johnson**
                                              **Latipah Sharde Johnson**
                                              Signature of Debtor

```
LATIPAH SHARDE JOHNSON         JEFFERSON CAPITAL              TRUSTMARK NATIONAL***
770 HIGHPOINT DR               ATTN: BANKRUPTCY               248 E CAPITOL STREET
BYRAM, MS 39272                200 14TH AVE E                 JACKSON, MS 39201
                               SARTELL, MN 56377


THOMAS C. ROLLINS, JR.         LVNV                           UPLIFT, INC.
THE ROLLINS LAW FIRM, PLLC     120 CORPORATE BLVD             ATTN: BANKRUPTCY
P.O. BOX 13767                 STE 100                        440 N WOLFE RD
JACKSON, MS 39236              NORFOLK, VA 23502              SUNNYVALE, CA 94085


CREDIT COLLECTION              MARINER FINANCE                WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
725 CANTON ST                  8211 TOWN CENTER DR            PO BOX 76809
NORWOOD, MA 02062              NOTTINGHAM, MD 21236           LOS ANGELES, CA 90054


CREDIT CORP SOLUTIONS          NAVIENT
63 E 11400 S 408               ATTN: BANKRUPTCY
SANDY, UT 84070                PO BOX 9635
                               WILKES BARRE, PA 18773


CREDIT ONE                     NAVY FEDERAL CU
PO BOX 98872                   ATTN: BANKRUPTCY
LAS VEGAS, NV 89193            PO BOX 3302
                               MERRIFIELD, VA 22119


FINWISE BANK                   ORTHOBANC
P.O. BOX 565848                900 S BROADWAY
DALLAS, TX 75356               STE 100
                               DENVER, CO 80209


FSNB                           SEZZLE
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 33009                   PO BOX 3320
FORT SILL, OK 73503            MINNEAPOLIS, MN 55403


FSNB N.A.                      SPEEDY CASH
511 SW A AVE                   3611 N. RIDGE RD.
LAWTON, OK 73501               WICHITA, KS 67205


HARRIS & HARRIS                SUSAN K. STEADMAN***
ATTN: BANKRUPTCY               ATTORNEY AT LAW
111 W JACKSON BLVD             P.O. BOX 455
STE 400                        HATTIESBURG, MS 39403-0455
CHICAGO, IL 60604
```