_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: June 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Latipah Sharde Johnson, Debtor        Case No. 25-00910-JAW
                                                                                       CHAPTER 7

**ORDER GRANTING REDEMPTION AND APPROVAL
OF ASSOCIATED FINANCING AND ATTORNEY FEES** -15

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as

    a. 2016 Lincoln MKZ

    b. VIN: 3LN6L260GR602981.

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $4,125.00.

**IT IS HEREBY ORDERED,**

1. That the Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

2. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.

4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, ~~and it is Ordered that the Mississippi Department of Revenue shall cancel same of record~~.  (JAW)

5. In the event of the failure of the Debtors to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR