United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-00910-JAW

Latipah Sharde Johnson     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jun 23, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latipah Sharde Johnson, 770 Highpoint Dr, Byram, MS 39272-8926 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5495637 | ^ | MEBN | Jun 23 2025 19:34:17 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

**Name**     **Email Address**

Eileen N. Shaffer
    eshaffer@eshaffer-law.com ms04@ecfcbis.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Latipah Sharde Johnson trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Jun 23, 2025 Form ID: pdf012 Total Noticed: 2

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

_____



SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: June 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Latipah Sharde Johnson, Debtor            Case No. 25-00910-JAW
                                                                                   CHAPTER 7

**ORDER GRANTING REDEMPTION AND APPROVAL
OF ASSOCIATED FINANCING AND ATTORNEY FEES** -15

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as

    a.  2016 Lincoln MKZ

    b.  VIN: 3LN6L260GR602981.

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $4,125.00.

**IT IS HEREBY ORDERED,**

1. That the Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

2. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.

4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, ~~and it is Ordered that the Mississippi Department of Revenue shall cancel same of record~~. (JAW)

5. In the event of the failure of the Debtors to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR